## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

CURTIS LEWIS, JR, SIDNEY MARTS,

    Plaintiffs,

v.                                                                                  CASE NO. 1:13-cv-00218-MP-GRJ

ROBERT BULZER, MICHAEL D CREWS, J MCCULLEN, SECURUS CORPORATION, SOWRY,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 12, 2013. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This matter is dismissed without prejudice.

**DONE AND ORDERED** this _26th_ day of December, 2013

                                                  *s/Maurice M. Paul*
                                                 Maurice M. Paul, Senior District Judge